**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No:  5:14-cv-602-Oc-30PRL

AMY MOORE,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff United States of America's Motion for Default Judgment against Defendant Amy Moore (Doc. 13).  The Court, having reviewed the pleadings submitted on behalf of Plaintiff and having noted the entry of default as to Defendant for failure to answer or otherwise plead to the summons and complaint served by Plaintiff, and for good cause shown, concludes that Plaintiff's motion should be granted.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.  Plaintiff's Motion for Default Judgment against Defendant Amy Moore (Doc. 13) is GRANTED.

2.  Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Amy Moore.

3. Plaintiff shall recover from Defendant the sum of $11,173, consisting of $5,820.08 unpaid principal, plus $5,352.92 in interest, which represents the accrued interest as of July 16, 2014. Interest accrues on the total principal amount of this debt at the current rate of 3.13% *per annum* and a daily rate of $0.50, through June 30, 2015, and thereafter interest continues to accrue on the total principal amount of this debt until the date of judgment at a variable rate as established by the United States Department of Education pursuant to 20 U.S.C. § 1077a.

4. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961 and shall be enforceable as prescribed by 28 U.S.C. §§ 2001-07, 3001-3307, and Federal Rule of Civil Procedure 69(a).

5. The Clerk is directed to terminate any pending motions and close this case.

6. For all of which let execution issue.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-602 USA v. Moore.Default Student Loan.docx